IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE CARL PICKENS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:10-cv-263-TMH |
| ) | |
| ) | |
| J.A. KELLER, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #12) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #12) of the Magistrate Judge is ADOPTED. It is further

ORDERED that the 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED without prejudice because of Petitioner's failure to exhaust administrative remedies in accordance with the procedures established by the BOP. A separate judgment shall issue.

Done this 14th day of September, 2010.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE